IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

**In re:**

| | |
|---|---|
| **VERNON OSBORNE WILLIAMS, II,** | **CHAPTER 7** |
| **DEBTOR.** | **CASE NO. 18-16962** |

**CIS FINANCIAL SERVICES, INC.,**

    **Respondent.**

**RESPONSE TO MOTION FOR AUTHORITY TO SELL PROPERTY OF THE ESTATE**

Comes now, **CIS Financial Services, Inc.** ("Respondent and Successor in Interest to Freedom Mortgage"), by counsel, submits the following in response to the Trustee's Motion for Authority to Sell Property of the Estate:

1. The Respondent admits Paragraphs 1 through 3 as a matter of public record.
2. The Respondent denies the allegations alleged in paragraph 4. The Respondent upon information and belief alleges that the loan held by Mr. Cooper/Nationstar was paid off in October 2016 at which time Freedom acquired the loan. . Subsequently the present secured creditor, CIS Financial Services, Inc. refinanced the Freedom Mortgage loan in August 2017. CIS has been presently servicing this loan for GNMA since September 2017.
3. The Respondent neither admits nor denies allegations contained in Paragraph 5. Based on the information that CIS has, the approximate payoff is in excess of $521,000.00 and there appears to be some confusion as to who holds the note in this matter. CIS is further researching the matter for further clarification and will be amending this Response shortly according to it's findings.
4. The Respondent neither admits nor denies allegations contained in Paragraph 6.
5. The Respondent admits allegations contained in Paragraph 7 upon information and belief.
6. The Respondent neither admits nor denies the allegations contained in Paragraphs 8 through 10 and therefore denies the same and demands strict proof thereof.
7. The Respondent neither admits nor denies allegations contained in Paragraph 11 based on previous allegations in this response. CIS alleges that the Trustee never contacted them about the sale

File No. 69399

WHEREFORE, the Respondent asks this Court for entry of an order directing the debtor to provide counsel for the Respondent with the name, telephone number and fax number of the settlement agent closing the transaction, and providing that the Respondent's lien be paid in full at closing.

Respectfully submitted,

Cis Financial Services, Inc.

By: /s/Randa S Azzam
Randa S. Azzam, Esquire, Bar No. 22474
John E. Driscoll, Esquire, Bar No. 17161
Michael T. Freeman, Esquire, Bar No. 19131
Daniel J. Pesachowitz, Esquire, Bar No. 14906
Samuel I. White, P.C.
611 Rockville Pike
Suite 100
Rockville, MD 20852
Tel: (301) 804-3400
Fax: (301) 838-1954
RAzzam@siwpc.com

CERTIFICATE OF SERVICE

I certify that on March 29, 2019, the foregoing Response was served via CM/ECF on Merrill Cohen, Trustee, and William C. Johnson, Jr., Counsel for Debtor, at the email addresses registered with the Court, and that a true copy was mailed via first class mail, postage prepaid, to Vernon Osborne Williams, II, Debtor, 14407 Saint Gregory Way, Accokeek, MD 20607.

/s/Randa S Azzam
Randa S. Azzam, Esquire
Samuel I. White, P. C.