# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# GREENBELT DIVISION

**In re:**

| | |
|---|---|
| **VERNON OSBORNE WILLIAMS, II,** | **CHAPTER 7** |
| **DEBTOR.** | **CASE NO. 18-16962** |

## NOTICE OF WITHDRAWAL

COMES NOW, **CIS Financial Services, Inc.**, by counsel, hereby withdraws the Response to Motion for Authority to Sell Property of the Estate filed on March 29, 2019 as Docket #41 as it was filed in error.

Respectfully submitted,

**SAMUEL I. WHITE, P.C.**

By: /s/Randa S Azzam
Randa S. Azzam, Esquire, Bar No. 22474
John E. Driscoll, Esquire, Bar No. 17161
Michael T. Freeman, Esquire, Bar No. 19131
Daniel J. Pesachowitz, Esquire, Bar No. 14906
Samuel I. White, P.C.
611 Rockville Pike
Suite 100
Rockville, MD 20852
Tel: (301) 804-3400
Fax: (301) 838-1954
RAzzam@siwpc.com

CERTIFICATE OF SERVICE

I certify that on April 1, 2019, the foregoing Withdrawal was served via CM/ECF on Merrill Cohen, Trustee, and William C. Johnson, Jr., Counsel for Debtor, at the email addresses registered with the Court, and that a true copy was mailed via first class mail, postage prepaid, to Vernon Osborne Williams, II, Debtor, 14407 Saint Gregory Way, Accokeek, MD 20607.

**/s/Randa S Azzam**
Randa S. Azzam, Esquire
Samuel I. White, P. C.